United States District Court

Southern District of Indiana

Indianapolis Division

SCANNED at WVCF and Emailed on 7-27-22 by BH 26 pages.
(date)    (initials)    (num)

Jared Mynatt )

Plaintiff )

)    Cause No _____    2:22-cv-00313-JPH-MJD

Dennis Reagle etal )    (To be supplied by clerk)

Defendants

( Prisoner Complaint for Violation of Civil Rights )

**FILED**

**07/27/2022**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1)    Parties of this Complaint ; Plaintiff

(A)    Jared Mynatt  Doc # 120001

Wabash Valley Corr. Facility

P.O Box 1111

Carlisle Ind, 47838

(B)
Defendant(s) — All defendants are being Sued in their official and Individual Capacities

1) Dennis Reagle

2) Maggie Bryant

3) Duane Alsip

4) Christina Conyers

5) C.W. Greathouse

6) Captin Mason

7) Captin Bowman

8) LT. Marsh or Marks

9) LT. Phflegger

10) LT. Simone

11) Sgt Mason/shultz

12) Sgt Fish

13) Sgt Commander

14) Sgt Griffith/Griffin

15) Sgt Noradoes

16) Sgt Konkle

17) Sgt Brumbach

18) Sgt Moore/Morris

19) Sgt Nieman

20) Sgt Matlock

— 1 —

21) Sgt Page

22) Sgt Ruiz

23) Sgt Peor

24) Sgt Volgman

25) Sgt Opie

26) ofc Keeble

27) ofc Martin

28) ofc Alicia

29) ofc Moser

30) ofc K.Carter

31) ofc Turner (Tina)

32) ofc (Mr)Thomas

33) ofc Sidwell

34) ofc Grey (Ms)

35) ofc Lamport

36) ofc Cole

(37) CW Ashby

(38) CW Vckor

(39) CW (Mr) Watkins

(40) CW (MS) Watkins

(41) CW Goodnight

(42) CW Frien (CW for HCH-B side Aug 4 2020)

(43) Dr Lamar

(44) Dr Ritchardson

(45) John/Jane Doe (HSA For All relevent Dates) Identify via Facility Records

(46) Jane Doe (Nurse Jodi or Brittany) Feb 5, 202

(47) Jane Doe (Nurse Heather) Aug 4, 2020

(48) Jane Doe (Nurse Transformer) Sept 14, 2020

(49) Jane Doe (Nurse kathy) Sept 29 2020 (Am shif

(50) Joni Woods (Nurse) Sept 29, 2020 (Pm shift

(51) Jane Doe (Nurse Amber) July 7 or 8, 2021

(52) John Doe (Yard staff Vandine) Aug 4 2020

(C) At any and all times defendants acted under Color of State and local law; by employment, contract or other pre-arranged condition all defendants are acting or acted as agents of the Indiana Dept. of Correction.

2) Basis For Jurisdiction,
    Under 42 U.S.C § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and (Federal Laws)

(A) Plaintiff is bringing a suit against state or local officials
    (a § 1983 Claim)

(B) Mey Federal Constitutional or statutory rights under the Eight Ammendment and Fourteenth Ammendment and First Ammendment have been violated by State and Local officials

3)(A) Plaintiff is a Convicted and sentenced State Prisoner

4)(C) The Dates and Times giving rise to this claim are Several
(A) Seperate dates through out February 6, 2020 thru January 12, 2022. There may be other relevent dates not listed, I will be able to provide after the Discovery Phase.

| | | |
|---|---|---|
| 1) Feb. 6, 2020 | 11) Jan 27, 2021 | 21) July 15, 2021 |
| 2) Aug. 4, 2020 | 12) Jan 28, 2021 | 22) Nov 3, 2021 |
| 3) Sept 14, 2020 | 13) Mar 25, 2021 | 23) Nov 4, 2021 |
| 4) Sept 24 2020 | 14) April 27, 2021 | 24) Nov 8, 2021 |
| 5) Sept 30, 2020 | 15) May 18, 2021 | 25) Nov 16, 2021 |
| 6) Oct 3, 2020 | 16) June 17, 2021 | 26) Dec 1, 2021 |
| 7) Oct 9, 2020 | 17) June 20, 2021 | 27) Dec 9, 2021 |
| 8) Oct 12, 2020 | 18) July 5, 2021 | 28) Dec 16, 2021 |
| 9) Oct 19, 2020 | 19) July 9, 2021 | 29) Feb 18 2021 |
| 10) Nov 1, 2020 | 20) July 8, 2021 | |

(Statement of Claim)

4)(B)

1) On or about Feb. 5, 2020 Plaintiff was transferred to the Pendleton Corr. Facility, Plaintiff could not walk due to a foot injury. Plaintiff notifyied Staff John Doe upon arrival at P.C.F. Plaintiff requested to see medical staff for Intake medical elvaluation and to advise medical staff of the situation and injury he recieved at the Miami Corr. Facility. This request was denied by medical nurse Jane Doe, Stating I dont have time to deal with you. I was then forced into a cell on the third Range, forced to hop on one foot to chow, for about two weeks until they finally responded to my H.C.R. My foot was black and blue, swollen to the point I couldnt wear a shoe. Nurse Jane Doe will have to be identifyied with the Assistance of the courts and by the Pm shift records kept by the medical dept.

2) On Aug 4, 2020 Plaintiff was subjected to excessive force by LT Simone, Sgt Mason, John Doe (yard c/o), John Doe (yard c/o). John Doe #1 and John Doe #2 were choking me and punching me. LT. Simone knowing this stated "Dont leave any mark" at which time Sgt Mason grabbed my left knee and twisted. This caused my knee to "Pop" and immediately Swell. I could not walk. When I got to medical nurse Jane Doe upon seeing my knee injury and marks on my body, refused me treatment stating "I'm not doing anything, next time you'll comply with Staff." To this day I still cant extend my left leg properly. Jane Doe Nurse will have to be identifyied, as will John Doe #1 and John Doe

Thru facility Use of Force Reports and Medical Nurse Reports
I dont have access to those reports, However Staff have to
Sign, Date and File Said reports, Cuf(Frien)JohnDoe refused me grievance

— 3) On Sept 14, 2020 I submitted another HCR For my Foot injury,
after an X-ray was done, PCF Nurse Jane Doe █████ stated that I
had no broken bones, This was a month or so After the injury,
Any "breaks" would be healed anyway, However I told nurse Jane
Doe that I was still having severe pain and swelling and
asked about a M,R,I to check For tissue or nerve damage.
This was denied "Stating if its not broke we dont care". To
this day I have severe pain everytime I take a step and I have
limited range of motion in my ankle-Foot area. My HCR was not
responded too. Nurse Jane Doe ██ will have to be identified thru
the Medical Report-Records

— 4) On Sept 24 2020 I submitted my third HCR requesting medical
For my Knee injury sustained on Aug 4 2020. I got no reply
Seen no doctor.

— 5) on or about Sept 29, 2020 I was in a Car accident while
being transported For Court. Sgt Commander was driving recklessly,
the vans speedometer wasnt working properly. As soon as the
incident occurred I told Sgt Commander and ofc. Sidwell I was
in pain, my head had a knot on it and my back was hurting
I was laughed at and ridiculed by ofc Sidwell who stated
"Yea me too" after I restated the complaint to both Sgt.
Commander and ofc Sidwell, I was told by Sgt Commander
"You'll have to Suffer". ofc Sidwell while speaking to the
Facility Staff refused to tell his Superiors, I made a

a complaint of injuries. I was forced to continue to court without ever seeing any medical professional. I was drug from the van into court because I could not stand up correctly due to pain, I was also really dizzy and had problems understanding speech. Once I got back to PCF I immediately requested medical assistance, I was denied and put in my cell, Later that day I did see medical and seeing my swollen head I was told to apply a hot compress to my head, even after I asked about a con-cussion and exsplained my symptoms, Nurse Jane Doe ~~said~~ said "a Hot compress is all I am doing", I spoke to Nurse Kathy the next day at med pass complaining of severe dizziness and irregular heart beat, She refused to acknowledge my complaint and walked away. I submitted a HCR on 9-30-20. This was after I was found unresponsive in my cell and a signal 3000 had to be called. This was on 9-29-20 night Shift. Nurse Jane Doe ~~said~~ will have to be identifyied thru the medical Records-Reports (I believe Jane Doe #4 is Nurse Kathy) I believe RN Joni Woods was involved also, Inproperly treating my new injuries After the signal 3000, Wouldnt even allow me to be put under observation For possible brain or other serious injury, She conduced No test for possible brain injury

6)  on  Oct 9, 2020 I Submitted a HCR to the Health Services Administrator about not recieving responses to H.C.R and not recieving treatment. H.S.A John/Jane Doe will have to be identifyied thru Facility Records-Reports.

7)  On Nov 1 2020 I wrote a request Slip Labeled Emergenc Grievance to Dennis Reagle, Stating the Following—

Complaint; On Nov 1, 2020 I was again Found unresponsive in my cell with blood everywhere, Sgt Brumbach and C.O John Doe entered my cell picked me up, washed my head and face in the sink, changed my shirt, taking the bloody one with them as they left, I requested medical assistance and was denied. This occurred between 8pm and 11pm GRH range 1-D, Requested that they review video Footage of the incident, where Mr Reagle would see them enter my cell, leave with my clothing in a bag. I also reminded mr. Reagle of my complaints of staff not doing security walks, as I could have been laying passed out for several hours, I also advised him of my lack of proper medical care. I got a response Stating that I had not provided Sufficent information, I believe Duane Alsip was the person who signed and responded to the Request Slip.

— 8) On or about Jan 27 2021 and Jan 28 2021 between eleven pm and twelve am. I was Suffering a mental health Crisis and had asked Sgt Moore (really old black lady) For mental health or Suicide watch as I was having thoughts of Self harm, To which Sgt Moore replied, Please Go ahead and kill yourself, OFC Lamport was also present. I was later Found unresponsive with a rope around my neck, when I finally revived to Conciousness I was incoherrant and panicking, I was shot with a Taser twice in the heart area while ofc Lewis held me and C.O Ms Grey tazed me. I again requested Suicide watch, was denied and again attempted Suicide by hanging to which ofc Lamport maced me

-7-

I was still denied mental health services.

9) On or about March 25 2021 LT Phflegger walked down the "Catwalk", came to my cell and showed me a picture of myself stating Dennis Reagle sent me this and told me to share it, As in show it to people, This triggered my mental health so I immediately advised Mr Phflegger I was having thoughts of suicide and needed mental health services, At which time he stated "Look Im walking away" he left after I showed him the sheet on my neck, he came back after I had lost conciousness, called a Signal 3000, He stated at medical "I didnt use Force because you were already gone." At no time was he conducting a security walk, he came on the Catwalk specifically to show me the picture staff were "Sharing" via their cell phones, This was being done at the direction on Dennis Reagle. Other staff were involved and witnessed the incident, however I will only be able to identify them by the incident Reports kept by the facility; to which I wont have access to until the Discovery Phase.

10) I submitted several requests For Mental health Services, both verbally and written H.C.R, to which I got no reply. Finally on April 27, 2021 I submitted a HCR For mental Health, I got a reply around June 9 2021, two months later. I contacted the Health Services Administrator John-Jane Doe and Dr. Lamar, who I was told was in charge of mental health, complaining of this, with no reply. I will have to have assistance identifying the Health Services Administrator, For the relevent time period as it often changes, Through medical records

— 8 —

11) On May 18 2021 I requested mental health as I was having thoughts of self harm. I was told by Sgt Matlock Mental Health Dr Lamar refused to see me. I requested to be placed on suicide watch at which time Sgt Matlock, C/o Turner, C/o Moser C/o K. Carter, C/o Martin, C/o Keeble and I believe C/o Thomas (will have to confirm thru log book) all physically restrained and carried me to my cell. I was later found hanging and staff called a signal 3000 I was unconcious and unresponsive.

12) On June 17, 2021 I alerted staff John Doe (He was not visable) (Will have to be identifyied via unit log book for date in question) He came on range 3D at or about 6:15pm (See video) I alerted him to my chest pains, he would not come check on me. At or around 7:02 pm Sgt Konkle I belive came down range 3D. I again alerted staff of my chest pain, To which I was told "Good Luck Im not doing anything".

13) On June 20, 2021 I requested suicide watch for thoughts of self harm. I communicated directly to C/o Keeble, C/o Martin, Sgt Nieman, Sgt Nieman contacted the Shift Supervisor LT. Marsh or Mark (?) Then Sgt Nieman placed me back into my cell stating LT. Marsh/marks said you will have to harm yourself, You are not getting to suicide watch, I Again informed C/o's Keeble, Martin and Nieman that I would harm myself, I needed mental health assistance. Sgt Nieman then stated "Oh well its your fault if u kill yourself. I attempted suicide. Force was used, Staff maced me while I was unconcious, Hanging and a signal 3000 was called.

-9-

— 14) On July 5 2021 I requested Dental Services because my gums were bleeding, swollen and having tooth ache. I recieved a reply Stating "This is a Doc issue not dental. This was Done by John or Jane Doe (I cant read the signature on the HCR I have) but they will have to be identifyied with the courts help thru the Facility or medical records. I have the HCR with Signature.

— 15) On July 9 2021 During a use of Force, after I was restrained and cooperating with Staff, I was drug (Not allowed to walk) by ofc Moser and ofc Alicia, I kept attempting to walk but ofc Alicia would Stick his Foot between my leg restraints and trip me, laughing as he did so. This caused my left Foot to bruise and swell profusely and my ankles to bleed. Upon getting to medical I reported the injuries to Nurse Jane Doe (~~Kadera~~) (I will need the courts assistance identifying her, I know her Face, she can also be identifyied via the medical report) Nurse Jane Doe refuse to acknowledge my injuries Stating "Thats what you get, next time dont resist". The use of Force may have been July 7-8 2021. I'll have to confirm thru incident reports. However I submitted the HCR July 9, 2021 For injuries that were clearly obvious and needed immediate attention. C/o Moser also made a comment about "this is what you get", I didnt really catch it all but it was retalitory in nature.

— 16) On July 15, 2021 I submitted another request pertaining to the injuries sustained on or about 7-7 or 7-8 of 2021. On ~~Calltaken~~ July 19, 2021 I was told I had a sick call in but that I needed to come down to see nurse

However I had never seen nurse nor been offered the chance to see the nurse. I even wrote on the HCR's that if anyone claimed I refused treatment then have me sign a refusal of treatment Form, as policy perscribes. This was not done. So the Health Services administrator Jane-John Doe did not properly instruct, train or Supervise. I also will need help identifying the HSA Jane-John Doe and the Signature of John-Jane Doe on the HCR dated 7-15-21

— 17) On Nov 3, 2021 I Submitted my third HCR For injuries I sustained on or about Oct 29, 2021. I didnt see anyone For two weeks. I was told I'd get an X-Ray and See an eye doctor. I didnt get X Ray until Nov 23 2021. I didnt see facility eye Doctor until Nov 9 2021, was reffered to an "outside" eye Doctor For treatment. I didnt see Outside Doctor For treatment until March 15, 2022. Meanwhile I was forced to suffer painful headaches, permanent blurry vision I submitted Several HCR about these issues but got no assistance, not even the pain meds I was supposed to get. HSA Jane/John Doe For Nove 2021 to March 2022

— 18) On Nov. 4 2021 I submitted another HCR for Dental, again for bleeding Swollen gums and excessive pain. On or about Dec 21 2021, I finally got to see a Dentist and was Diagnosed with Acute Gingivitus (See Paragraph 14)

— 19) C. Conyers, Dennis Reagle and D. Alsip attempted to twart, hinder or abridge my grievance process by not responding to grievances requesting information not necessary by policy (ie Names) or that I cannot provide. Refusing or Returning grievances without Valid Cause.

5) <u>Injuries</u>; I have numbered the injuries so as to correspond with the relative paragraph in Section 4(B)

1) Permanent Disfigurement and nerve damage to my right ankle and foot, Severe pain when I walk

2) Permanent Disfigurement to my Knee (Left) I have severe tissue Damage in the form of a Stretched tendon, Constant swelling I am unable to properly stretch my leg or extend it.

3) Prolonged pain and suffering by refusing MRI or any other treatment.

5) Permanent back pain, Permanent Disfigurement in the form of scars on my forehead and right upper thigh from falling

7) Permanent Scar on my nose and permanent breathing issue from possible broken nose

8) Aggrevated mental and emotional distress, permanent scarring on my chest area and neck, spinal complications with rotation.

9) Permanent Scarring on my lip (upper) I hit my face when staff cut me down but didnt support or prevent my Fall.

10) Severe mental and emotional Stress

11) Severe mental and emotional stress

12) Pain and Suffering

13) Severe Mental and Emotional Stress and Permanent disfigurement to Left forearm.

14) Pain and Suffering and Permanent disfigurement in the form of a Gum Disease.

15) Permanent disfigurement to Left Foot and Toes also permanent Scars on both ankles, Front and Back.

— 17) Permanent Disfigurement to the left eye scar and loss of eye sight, vision impairment

— 18) Pain and suffering and a gum disease (See #14)

6) Relief; I want injuctive relief in the form of medical treatment concerning any treatable injuries
And I want better mental health policies.
I request Damages for treatment or future medical needs and unnecessary pain and suffering along with any Fines, Fees, exspenses or costs. Any and all relief allowable by law.

7) Exhaustion of remedies;
(A) My claim occurred at the Pendleton Corr. Facility
(B) The Facility does have a grievance procedure
(C) The Grievance Procedure does cover some or all of my claims.
(D) I did file Several Seperate grievances pertaining to this claim.
(E) I wrote Mr Reagle, Mr Alsip, C. Conyers and completed the Informal process' with the case workers Ms Vckor, Ms. Watkins Mr Watkins, Tonya Ashby
— (1) I claimed in My grievance to Mr Reagle-Mr. Alsip that Staff found me bloody and unconcious and refused me treatment
— (2) In my grievance to C. Conyers concerning March 25 2021 I claimed staff refused to provide me mental health assistance

— 13 —

(3) In my grievance to C.Conyers dated May 18,2021 I again stated that staff refused me mental health assistance.

(4) In my grievance to C.Conyers For June 17,2021 I claimed Staff acknowledged my complain and request For help, then refused to contact medical

(5) In my grievance to C.Conyers dated June 1,2021 I claimed I requested mental health, Mental health was refused, I was humiliated and antagonized by Staff

(6) Excessive force was denied because I/I investigates excessive Force

The Results to the Grievances are numbered 1-5 to corrospond to the relative Grievance (1=1) In Section E.

1) I wrote Mr Reagle (The Warden) and Mr Alsip responded Stating "I didnt provide Sufficiant information. However I had provided Names, Times, Dates and Locations and Told them the video time Frame to review 8pm-11pm
  I wrote requesting clarification but no reply was recieved

2) I filed the grievance #126620, Then on Apr 28 I got a response denying relief, I disagreed so I resubmitted the Offender Grievance Response Report notifying C.Conyers I wanted to Appeal, I never got a response From that point. I believe I filed or attempted submission of an appeal without a response either.

3) I never got a response From C.Conyers

4) C.Conyers attempted to abridge, hinder or twart my grievance process Stating "She needs Staff names

in order to process my grievance." This was sent to me on a Return of Grievance Form. So I returned the grievance to her with the Policy that says names are NOT necessary. After that I never got any Further responses. I even submitted written request For responses.

5) I submitted grievance to C. Conyers, she returned the grievance response report on Aug 6 2021, I "Disagreed" with response' She got the OGRR on Aug 11 2021. Now she sent me an Appeal and I submitted the Appeal with OGRR on Aug 12 2021, To CW, T. Ashby. However C. Conyers claims she got nothing in the mail until Sept 8 2021, But I kept asking CW. Ashby why I had not been getting responses to this grievance. Then on or about ~~August~~. Aug 18 2021 I got the OGRR and Appeal that I had given to CW Ashby For Submission Returned to me in the mail without a proper reply. So I resubmitted it to CW. Ashby, Asking why it was returned. Then I get a Return of Grievance Stating out of time. But then on Oct 30 2021 @ 3:20 am I get another OGRR and Appeal (The same one) Stamped recieved Oct 8 2021 Saying that I was out of Frame. Come to find out there was two of the Same grievances and OGRR's ect... Exact Same, going thru the mail or process and had gotten lost, mixed up and that was the reason why the grievances were being Submitted properly by me but not by Facility staff CW Ashby, Mailroom and C. Conyers

6) The Exessive Force grievance was denied because I-I reviews all excessive Force Claims.

—15—

As to Appeals I attempted to appeal any and all grievances even if I didnt get any response to my initial grievance. Ten days after submission I wrote requests to C.conyers for reply's, spoke to CW Ashby and Tendays after that attempted to Appeal. Exactly per policy.

— (F) 1) The only reason I didnt File a grievance or appeal was if I was told I couldnt. On the Aug 4 2020 incident CW John Doe (mr frien) of B-side H cellhouse refused me a grievance Concerning my leg injury and excessive Force.

— 2) I did always inform staff of any misconduct or lack of Care. Mr Watkins (CW) MS Watkins (CW) LT Plegger, Capt. Bowman, Ms Ashby (CW) MS Vckov (CW) Sgt Matlock, Sgt Fish, Sgt Volgman, Sgt Moore, Sgt Neiman, Sgt Ruiz, Sgt Brumbach (Need Proper Identifying) Sgt Mason, Capt Mason, Sgt Norados Sgt Page, Sgt Opie, Sgt Griffith, Sgt Konkle, Sgt J.Poor Goodnight (CW) Mr Reagle (Warden) Ms Bryant (Asst. Warden) Mr. Greathouse (CW) Dr Lamar, MS Moss (M.H) Dr Ritcherdson

— (G)

— 1) I always made every attempt "Available" to resolve any complaint however most times I was ignored, denied process or otherwise hindered by staff. I spoke most often to Tonya Ashby as she was my Caseworker, she'll be able to verify my claims, I intend to use her as my main witness because she was my "Point of Contact" with most issues. Most staff will agree I always tried to be Fair, Honest and Respectful in any

— 16 —

and all interactions with staff. If I any complaint I would address all staff involved in compliance with the "Informal Grievance" Then comply with the "Formal Grievance" However the mailroom always seemed to lose or delay delievery of mail, grievances or other "In house" correspondence causing severe problems with the "Time limitations for grievances" So I took it upon myself to only submitt grievances or letters to Administrative staff thru Tonya Ashby (CW). I did not get timely reply's tho, Several grievance got returned to me only well "AFTER" the response was due. The whole process/system was a mess.

8) <u>Previous Lawsuits</u>

— 1) I currently have a lawsuit pending in the Seventh Circuit Court of Appeals as of April 28, 2022

Case # Mynatt v. Ruckle 3:20-CV-893-RLM-MGG

This case pertains to the Conditions of my Confinement at Miami Corr. Facility

The current disposition is; Defendants were granted Summary Judgement For Failure to Exhaust Administrative Remedies. I Appealed.

— 2) The current claim, which I am presenting with this 42 USC 1983 complaint was originally Filed on or about

March 11, 2022 with the United States District Court, Southern District of Indiana, Indianapolis Division

The Case # Mynatt V. Reagle   1:22-CV-197-SEB-DML
Judge Sara Evans Barker presided over the case.
It was dismissed without prejudice on June 17, 2022 due to not filing a timely "Ammended Complaint"

I attempted to File an Ammended Complaint on or about May 22, 2022 but my Access to the Courts was denied. I was refused the Electronic Filing and U.S.P.S mail by staff at Wabash Valley Corr. Facility. I attempted to Grieve the issue, Was denied. I wrote the Superintendant and he replied I could not grieve the issue.

I have seperated each claim, and I am reFiling them seperately However they may be "Joined" together later with the other lawsuits similiar or relating to this matter and my overall Conditions of confinement at RCF from Feb, 2020 until May of 2022.

9)

1) <u>Certification and Closing</u>: Pursuant to Federal Rules of Civil Procedure 11, by signing below, I certify to the best of my Knowledge and belief that this complaint (1) Is not being presented For improper purposes such as to harrass, delay or needlessly increase the cost of litigation (2) Is supported by exsisting law or by a non frivolous arguement For extending, modifying or reversing exsisting law; (3) The Factual contentions

— 18 —

have evidentiary support or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery, and (4) The complaint complies with the requirements of Rule 11

2) I agree to provide the clerks office with any change of address where case related papers may be served, I understand that my failure to keep a current address on file with the clerks office may result in the dismissal of my case

Date of signing    July 3, 2022

Signature of Plaintiff    _Jared Mynatt_

Printed name of Plaintiff    Jared Mynatt

Prison Identification Number    126001

Prison Address    Wabash Valley Corr. Facility
                    PO Box 1111
                    Carlisle Ind, 47838

( Supplemental Memorandum )

1) As to Mr Reagle (Warden) Maggie Bryant (Asst Warden, at that time) Duane Alsip (was Supervisor of Grievance Specialist C.Conyers) Mr Greathouse (was manager over all caseworkers and GCH directly). Health Services Administrator John or Jane Doe (was Supervisor of nursing staff) (May be multiple, but I am only intrested in the H.S.A's for the relevent dates/incidents) Dr. Lamar (was the Supervisor of psychology) Dr Ritchardson (was Supervisor of psychology) Capt. Mason, Capt Bowman and LT Marsh/Marks (were Supervisors of Custody Staff) LT. Simone LT. Phfleeger (were Supervisors of Custody staff) Sgt's - Mason/Shultz, Fish, Commander Griffith, Noredoes, Konkle, Brumbach, Moore/Morris, Nieman Matlock, Page, Ruiz, Poor, Volgman, opie (were Supervisors of custody staff) CW Ashby, CW Vckov, CW Mr Watkins, CW MS Watkins, CW Frien (were all Supervisors of their Cellhouses.)

I spoke to each of these defendants directly and with written Corrospondence, with exception to D. Alsip, C.Conyers, HSA John-Jane Doe. D. Alsip C Conyers and HSA John Jane Doe was only written Corrospondence. I complained of injuries, lack of care, lack of Staffing, Staff training, staff instruction and or proper supervision, pertaining to my injuries and incidents or events. To which all failed to act, instruct or offer remedy. The exception being Sgt Matlock. They all had direct knowledge of the injuries, incidents or events. They failed to protect or provide for my health

— 1 —

and safety or prevent further injuries.

2) As pertaining to the named John Doe or Jane Doe Defendants, my last case (# 1:22-cv-197-SEB-DML) The Courts ordered PCF staff to identify them but they were never identifyied to me, one of the reasons for the dissmissal, I have again named John Doe and Jane Doe Defendants that I will need the court to assist me in identifying, either thru discovery or other means, I have provided at minimum their title or position and the dates relevent to that title or position.

My main concern being the Health Services Administrator (Defendant #45) because this position was occupied by several staff, so I need to know who held the position pursuant to the time, dates specified in Sec 4(A) of my complaint.

The Jane Doe Nurses (Defendants 46, 47, 48, 49, 51) I have noted them by their assumed names or ailias. #46 was a black lady who worked on Feb 5, 2020 PM shift (4-12) #47 was a white lady who worked Aug 4 2020 (8-4) shift #48 was a white lady, crew cut hair, Glass', always wears transformer scrubs, believe her name to be Angie, she worked Sept 14, 2020 she also did my Intake Assesment #49 is nurse Kathy older white lady, blond hair, Glass' bad skin, lots of Eye makeup. She worked Sept 29, 2020 Am shift (8-4) — 2 —

#51 nurse Amber, is or has brown hair with a gray streak, Over friendly worked on July 7th or 8th, I have to see the use of force reports to confirm the date force was used and I had to be seen by her. Usually worked 8-4 shift. So it will be July 7 or 8 of 2021

As to John Doe (#52) he's or he was yard staff known as Vandine, All the staff know him he's been at PCF for years and he's known for using excessive force, The date relevent is Aug 4, 2020 I will have to confirm this thru use of force reports for Aug 4, 2020

3)  As concerning this ~~complaint~~ Complaint being entirely hand written and not on the standard Prisoner Complaint form.

The facility does not allow inmates multiple complaint forms upon request, I was provided only (1) which I used to file a complaint against staff at Wabash Corr. facility because they would not let me file an Ammended Complaint in case #1:22-cv-197-SEB-DML (which this complaint was originally filed under) leading to the dismissal of the above named Case #. I attempted to grieve the issue twice, I was refused process, I contacted the warden and he refused to remedy the issue. Thats why I wasn't able to Ammend case 1:22-cv-197-SEB-DML

I did Copy the Format used in the Prisoner Complaint form though. I numbered each section, lettered each subsection, then numbered each paragraph. I answered every question asked on the Prisoner Complaint form and took every possible effort to make everything easy to read and under-stand

4) I Filed a Petition to Proceed without Prepaying the Full Filing Fee, also completely handwritten but in Complete Conformity with the Format and Standards as the one provided by the Facility Law Library.

5) Upon filing this 42 USC 1983 complaint I believe that it may cross-reference or relate to the other claims I am filing relating to Prison Conditions. I'm going to File them seperately but respectfully ask that it be combined if it conforms to the "Joinder" standard

Respectfully
    Jared Mynatt # 120001
    W.V.CF
    PO # 1111
    Carlisle Ind 47838

Date July 4, 2022
    - 4 -