UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JARED MYNATT, | ) |
|       Plaintiff, | ) |
| v. | ) No. 2:22-cv-00313-MPB-MJD |
| DENNIS REAGLE, et al., | ) |
|       Defendants. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b).

Dated: October 3, 2023

*Matthew P. Brookman*
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

JARED MYNATT
120001
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838